**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKNOWLEDGE CORPORATION, | No. C 03-3321 SI |
| Plaintiff, | **ORDER TERMINATING ACTION** |
| v. | |
| YAHOO! INC., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

    The claims against all parties have been dismissed with prejudice by agreement among the parties. Accordingly, the action is terminated in its entirety and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 14, 2005

SUSAN ILLSTON
United States District Judge